IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES M. CLARKE, JR.,**

    **Plaintiff,**

vs.                                                       **CASE NO. 5:05cv44-RH/WCS**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

                                        /

## REPORT AND RECOMMENDATION

This is a social security case referred to me for a report and recommendation pursuant to 28 U.S.C. § 636(b) and local rule 72.2(D). Plaintiff seeks supplemental security income benefits. On May 4, 2005, Defendant filed a motion to dismiss for failure to exhaust administrative remedies. Doc. 7. Plaintiff then filed a motion to dismiss the complaint, asserting that the complaint was prematurely filed. Doc. 9.

A hearing on this motion was held today. I am satisfied that the filing of this complaint was premature as a result of a clerical error. Additionally, Plaintiff's counsel has also pursued Plaintiff's claim before the Appeals Council, and may re-file this suit if

appropriate after the Appeals Council acts.  Therefore, Plaintiff will not be prejudiced by dismissal.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion to dismiss the complaint, doc. 9, be **GRANTED**, and Defendant's motion to dismiss, doc. 7, be **DENIED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on August 17, 2005.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**