IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES M. CLARKE, JR.,

    Plaintiff,

vs.                                            CASE NO.  5:05cv44-RH/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

                                       /

## ORDER ON SHOW CAUSE

    A hearing today was heard on my motion to show cause pursuant to Rule 11. There has been no violation of Rule 11.  This case was prematurely filed as a result of a clerical error.  Plaintiff has an appeal before the Appeals Council.  Further, my concern about the prior dismissals of cases after the record has been filed has been allayed. Counsel for Plaintiff has shown good cause in all respects.

    **DONE AND ORDERED** on August 17, 2005.

                                                 s/   William C. Sherrill, Jr.
                                               **WILLIAM C. SHERRILL, JR.**
                                               **UNITED STATES MAGISTRATE JUDGE**