# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JAMES M. CLARKE, JR.,

    Plaintiff,

v.                                                                     CASE NO. 5:05cv44-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion to dismiss (document 9) is GRANTED. Defendant's motion to dismiss (document 7) is DENIED as moot. The clerk shall enter judgment stating, "This action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)." The clerk shall close the file.

SO ORDERED this 21st day of September, 2005.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge